UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARLENA LEE MARTIN,                                )
                                                  )
            Plaintiff,                            )
                                                  )        **JUDGMENT IN A CIVIL CASE**
      v.                                          )
                                                  )        **CASE NO. 5:13-CV-718-D**
CAROLYN W. COLVIN, Acting Commissioner of         )
Social Security,                                  )
                                                  )
            Defendant.                            )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Martin's objection to the M&R
concerning the NCDHHS decision [D.E. 49] is SUSTAINED, Martin's motion for judgment on
the pleadings [D.E. 29] is GRANTED, defendant's motion for judgment on the pleadings [D.E.
34] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42
U.S.C. § 405(g). In remanding, the court expresses no opinion on the ultimate outcome. In light
of the remand under sentence four, the court DISMISSES as moot Martin's motion to remand
under sentence six of 42 U.S.C. § 405(g) [D.E. 50].

**This Judgment Filed and Entered on March 26, 2015, and Copies To:**

Cynthia M. Currin                        (via CM/ECF Notice of Electronic Fililng)

Todd J. Lewellen                         (via CM/ECF Notice of Electronic Filing)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

March 26, 2015                           (By) /s/ Courtney O'Brien

                                          Deputy Clerk