IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-718-D

| | |
|---|---|
| ARLENA LEE MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

On May 27, 2015, plaintiff filed a motion and supporting memorandum for attorney's fees pursuant to the Equal Access to Justice Act [D.E. 59, 60]. See 28 U.S.C. § 2412. On June 17, 2015, defendant responded in opposition [D.E. 61]. On July 1, 2015, plaintiff replied [D.E. 63].

The court has considered the request under the governing standard. Plaintiff's request for fees of $7,792.68 and costs of $2,450.32 is grossly excessive in this case in light of the numerous meritless arguments that plaintiff made and the routine nature of the case. Accordingly, plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $1,753.89 and costs in the amount of $1,500 to be sent to plaintiff's counsel, Cynthia M. Currin, Crisp, Page & Currin, L.L.P., 4010 Barrett Drive, Suite 205, Raleigh, North Carolina 27609. The court has reduced the requested fee award to 9.5 hours under the 2015 rate and reduced the requested cost award to $1,500.

SO ORDERED. This 8 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge