UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARLENA LEE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:13-CV-718-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $1,753.89 and costs in the amount of $1,500.00.

**This Judgment Filed and Entered on July 8, 2015, and Copies To:**
Cynthia M. Currin                                          (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen                                           (via CM/ECF Notice of Electronic Filing)


DATE:                                                      JULIE RICHARDS JOHNSTON, CLERK
July 8, 2015                                               (By) /s/ Courtney O'Brien
                                                            Deputy Clerk